UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VERONICA SHIRLEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>REYNOLDS CONSUMER PRODUCTS LLC,<br><br>Defendant. | No. 1:22-cv-00278<br><br>Judge: Honorable Elaine E. Bucklo<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Entry of May 21, 2024, ECF No. 75, Plaintiff Veronica Shirley ("Plaintiff" or "Shirley") and Defendant Reynolds Consumer Products LLC ("Defendant" or "Reynolds") (together, the "Parties") respectfully submit this Joint Status Report proposing dates for the remaining deadlines for the case schedule.

The remaining deadlines set in the Minute Entry of May 21, 2024, are as follows:

| | |
|---|---|
| Opposition to class certification and Reynolds' rebuttal class certification expert report(s) due | 10/21/2024 |
| Reply in support of class certification and Shirley's reply class certification expert report(s) due | 11/21/2024 |
| Ruling before Honorable Elaine E. Bucklo | 12/20/2024 at 9:30 a.m. |

In addition, Reynolds intends to file a motion for summary judgment as to Plaintiff's individual claims within about 14-21 days. The Parties also note that, if the Court grants Plaintiff's motion for class certification, notice under Rule 23 would need to be addressed.

The Parties jointly propose the following schedule:

1

| Event | Deadline |
|---|---|
| Parties to submit proposal of class notice, if any, and pretrial and trial deadlines | 60 days after service of court's class certification ruling |
| Completion of Fact Discovery | May 5, 2025 |
| Merits Expert Reports | June 16, 2025 |
| Rebuttal Expert Reports | August 15, 2025 |
| Summary Judgment (as to claims certified, if any) and *Daubert* Motions | September 15, 2025 |
| Summary Judgment and *Daubert* Responses | October 15, 2025 |
| Summary Judgment and *Daubert* Replies | November 14, 2025 |

\* If the Court grants Plaintiff's motion for class certification, the parties will confer and endeavor to reach agreement on the notice program, as well as a pretrial schedule. To the extent the motion for approval of the notice program is not agreed upon in any respect, the Parties will propose an agreed briefing schedule to the Court for briefing any disagreement. The length and scope of any trial will vary significantly based on any class certification decision, so the Parties propose to submit a trial proposal after the Court's class certification decision.

Respectfully submitted,

Date: September 20, 2024

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

**BAILEY & GLASSER LLP**
Elizabeth A. Ryan (admitted *pro hac vice*)
eryan@baileyglasser.com
176 Federal Street, 5th Floor
Boston, Massachusetts 02110
Telephone: (617) 439-6730

                                **SHEEHAN & ASSOCIATES, P.C.**
                                Spencer Sheehan
                                *spencer@spencersheehan.com*
                                60 Cuttermill Road, Suite 409
                                Great Neck, New York 11021
                                Telephone: (516) 268-7080

                                *Counsel for Plaintiff Veronica Shirley and the Proposed Class*

Date: September 20, 2024         **GREENBERG TRAURIG, LLP**

                          By:  */s/ David S. Repking (with permission)*
                                David S. Repking
                                *repkingd@gtlaw.com*
                                Jonathan H. Claydon
                                *claydonj@gtlaw.com*
                                77 West Wacker Drive, Suite 3100
                                Chicago, Illinois 60601
                                Telephone: (312) 456-8400

                                *Counsel for Defendant Reynolds Consumer Products LLC*