# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Veronica Shirley

                                       Plaintiff,

v.                                                               Case No.: 1:22–cv–00278
                                                                        Honorable Elaine E. Bucklo

Reynolds Consumer Products LLC

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation of voluntary dismissal has been filed. This case is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii). All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.